■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ERNEST McQUEEN and WILLIAM WATSON, Defendants.— Motion by codefendant Ernest McQueen for leave to file a late notice of appeal denied. The movant's time to appeal expired before the making of said motion (Code Crim. Pro., § 521); such time

cannot be enlarged. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.